No. 95–1426. ESTATE OF HANSEN v. CITY OF NEW HAVEN, 517 U. S. 1189. Motion of respondent for costs denied.

No. 95–1439. LAKOSKI v. UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–8550. IN RE WASHINGTON. Petition for writ of mandamus denied.

No. 95–1747. IN RE O'CONNOR ET AL.; and
No. 95–8709. IN RE JAFFER. Petitions for writs of mandamus and/or prohibition denied.

No. 95–1521. UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, ET AL. v. LEGAL ASSISTANCE FOR VIETNAMESE ASYLUM SEEKERS, INC., ET AL. C. A. D. C. Cir. Certiorari granted.

No. 95–1723. GRIMMETT, TRUSTEE FOR THE BANKRUPTCY ESTATE OF SIRAGUSA, ET AL. v. BROWN ET AL. C. A. 9th Cir. Certiorari granted.

No. 95–1478. PRINTZ, SHERIFF/CORONER, RAVALLI COUNTY, MONTANA v. UNITED STATES; and
No. 95–1503. MACK, SHERIFF, GRAHAM COUNTY v. UNITED STATES. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 95–1268. MARYLAND v. WILSON. Ct. Sp. App. Md. Motion of respondent for leave to proceed in forma pauperis without an affidavit of indigency executed by respondent granted. Certiorari granted.